Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFFSTAR CORPORATION | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 09-CV-690M |
| v. | |
| ALPINE FOODS, LLC, et al. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that final judgment is entered in favor of Jensen against Alpine in the amount of $1,785,327 and dismissing Alpine's claims against Jensen and that the $990,378.18 previously deposited with this court by Cliffstar, together with any interest accrued thereon, should be paid as directed by counsel for Jensen and credited toward the judgment.

Date: May 11, 2016                    MARY C. LOEWENGUTH
                                      CLERK OF COURT

                                      By: s/Kirstie L. Henry
                                          Deputy Clerk